## 34293. CURRY v. LITTLE.

PER CURIAM.

In this child custody action, the maternal aunt appeals from a judgment denying her petition for habeas corpus brought against the children's natural father. The natural parents were married but at the time of the natural mother's death they were separated.

A person who has no legal right to the custody of a minor child has no standing to bring a habeas corpus

action to obtain custody of such a child from a natural parent with parental rights. *Spitz v. Holland,* 243 Ga. 9 (1979). See Code Ann. §§ 24A-301 (a) (1) (c), 24A-301 (a) (2) (c), 24A-1602, 24A-3201 (a). An aunt has no legal right to the custody of a minor child who has a living natural parent with parental rights. The trial court did not err in denying the aunt's petition for habeas corpus.

*Judgment affirmed. All the Justices concur.*

SUBMITTED DECEMBER 1, 1978 — DECIDED FEBRUARY 27, 1979.

*Lonzy F. Edwards,* for appellant.
*Robert H. Herndon,* for appellee.

*Judgment affirmed. All the Justices concur.*